**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, ) | Case No. 2:15-cv-01178-RFB-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RIVERWALK HOMEOWNERS ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter is before the court on the failure of Plaintiff to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply.

//

//

//

//

1     Accordingly, **IT IS ORDERED** that Plaintiff shall file a Certificate of Interested Parties,

2    which fully complies with LR 7.1-1, **no later than 4:00 p.m., July 16, 2015.**  Failure to comply may

3    result in the issuance of an order to show cause why sanctions should not be imposed.

4     IT IS SO ORDERED.

5     DATED: July 10, 2015

6    _____

NANCY J. KOPPE

7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28