ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
        christine.parvan@akerman.com

*Attorneys for Plaintiff,*
*The Bank of New York Mellon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE MLMI SURF TRUST SERIES 2005-BC4, <br><br> Plaintiff, <br><br> vs. <br><br> RIVERWALK HOMEOWNERS ASSOCIATION; JERRY GUTZMER; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.:  2:15-cv-01178-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE BANK OF NEW YORK MELLON TO FILE RESPONSE TO JERRY GUTZMER'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED between Plaintiff The Bank of New York Mellon, f/k/a Bank of New York Trust Company, National Association, as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for the MLMI SURF Trust Series 2005-BC$ C4 (**BNY Mellon**), by and through its attorney of record, Christine M. Parvan, Esq. of the law firm Akerman, LLP, and Defendant Jerry Gutzmer, by and through his attorney of record, Luis A. Ayon, Esq., of the law firm Maier Gutierrez Ayon, to extend the deadline for BNY Mellon to respond to Defendant

{35239177;1}

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  Jerry Gutzmer ("Defendant") Motion to Dismiss [Dkt. 11] to **August 10, 2015**.   Accordingly,

2  Defendant's reply will be due **August 20, 2015.**

3       An extension is necessary to allow BNY Mellon sufficient time to review the file and

4  appropriately respond to the complaint.  Gutzmer has no objection the extension.

5  ///

6  ///

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{35239177;1}

1    This is the parties' first request for an extension and is not intended to cause any delay or

2    prejudice to any party.

3

4    DATED: July 31, 2015

5

6    **MAIER GUTIERREZ AYON**                          **AKERMAN LLP**

7    /s/ Luis A. Ayon, Esq.                             /s/ Christine M. Parvan, Esq.
     LUIS A. AYON, ESQ.                                 ARIEL E. STERN, ESQ.
     Nevada Bar No. 9752                                Nevada Bar No. 8276
8    MARGARET E. SCHMIDT, ESQ.                          CHRISTINE M. PARVAN, ESQ.
     Nevada Bar No. 12489                               Nevada Bar No. 10711
9    400 South Seventh Street, Suite 400                1160 Town Center Drive, Suite 330
     Las Vegas, NV 89101                                Las Vegas, Nevada 89144
10   Telephone:   (702) 629-7900                        Telephone:   (702) 634-5000
     Facsimile:   (702) 629-7925                        Facsimile:   (702) 380-8572
11   Email:  laa@mgalaw.com                             Email: ariel.stern@akerman.com
     Email:  mes@mgalaw.com                             Email: christine.parvan@akerman.com
12
     Attorneys for Defendant,                           Attorneys for Plaintiff
13   Jerry Gutzmer

14

15

16                                    **ORDER**

17       IT IS SO ORDERED.

18   Dated this 3rd day of __August__, 2015.

19                                                _____
                                                  RICHARD F. BOULWARE, II
20   Submitted by:                                United States District Judge

21   **AKERMAN LLP**

22   /s/ Christine M. Parvan, Esq.
     ARIEL E. STERN, ESQ.
23   Nevada Bar No. 8276
     CHRISTINE PARVAN, ESQ.
24   Nevada Bar No.10711
     AKERMAN LLP
25   1160 Town Center Drive, Suite 330
     Las Vegas, NV 89144
26   Telephone:  (702) 634-5000
     Facsimile:  (702) 380-8572
27   Attorneys for Plaintiff

28   {35239177;1}