ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            christine.parvan@akerman.com

*Attorneys for Plaintiff,*
*The Bank of New York Mellon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE MLMI SURF TRUST SERIES 2005-BC4,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERWALK HOMEOWNERS ASSOCIATION; JERRY GUTZMER; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-01178-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE BANK OF NEW YORK MELLON TO FILE RESPONSE TO JERRY GUTZMER'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED between plaintiff, The Bank of New York Mellon, f/k/a Bank of New York Trust Company, National Association, as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for the MLMI SURF Trust Series 2005-BC4 (**BNY Mellon**), by and through its attorney of record, Christine M. Parvan, Esq. of the law firm Akerman, LLP, and defendant Jerry Gutzmer, by and through his attorney of record, Luis A. Ayon, Esq., of the law firm Maier Gutierrez Ayon, to extend the deadline for BNY Mellon to respond to Defendant Jerry Gutzmer's Motion to Dismiss [Dkt. 11] to **August 14, 2015**.  BNY Mellon requests this second brief

{35652869;1}

extension of time due to a death in the undersigned counsel's family.  Accordingly, defendant's reply will be due **August 24, 2015**.

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

DATED: August 11, 2015

| **MAIER GUTIERREZ AYON** | **AKERMAN LLP** |
|---|---|
| */s/ Luis A. Ayon, Esq.* <br> LUIS A. AYON, ESQ. <br> Nevada Bar No. 9752 <br> MARGARET E. SCHMIDT, ESQ. <br> Nevada Bar No. 12489 <br> 400 South Seventh Street, Suite 400 <br> Las Vegas, NV 89101 <br> Telephone:     (702) 629-7900 <br> Facsimile:      (702) 629-7925 <br> Email:  laa@mgalaw.com <br> Email:  mes@mgalaw.com <br><br> *Attorneys for Defendant,* <br> *Jerry Gutzmer* | */s/ Christine M. Parvan, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> CHRISTINE M. PARVAN, ESQ. <br> Nevada Bar No. 10711 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> Telephone:     (702) 634-5000 <br> Facsimile:      (702) 380-8572 <br> Email: ariel.stern@akerman.com <br> Email: christine.parvan@akerman.com <br><br> *Attorneys for Plaintiff* |

{35652869;1}

**ORDER**

IT IS SO ORDERED.

Dated this 27th day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**AKERMAN LLP**

*/s/ Christine M. Parvan, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
*Attorneys for Plaintiff*

{35652869;1}