Luis A. Ayon, Esq.
Nevada Bar No. 9752
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
**Maier Gutierrez Ayon**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: laa@mgalaw.com
mes@mgalaw.com

*Attorneys for Defendant Jerry Gutzmer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE MLMI SURF TRUST SERIES 2005-BC4,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERWALK HOMEOWNERS ASSOCIATION; JERRY GUTZMER; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-CV-01178-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON JERRY GUTZMER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff The Bank of New York Mellon, f/k/a Bank of New York Trust Company, National Association, as Successor in Interest to JPMorgan Chase Bank, National Association, as Trustee for the MLMI Surf Trust Series 2005-BC4 ("BNY Mellon") and defendant Jerry Gutzmer ("Gutzmer"), through their undersigned counsels of record, that the deadline for Gutzmer to file his reply in support of the motion to dismiss (Dkt. No. 11), filed on July 16, 2015, shall be extended to September 22, 2015. The requested extension is necessary to allow Gutzmer sufficient time to review and appropriately respond to BNY Mellon's opposition to the motion to dismiss (Dkt. No. 20) filed on September 3,

1

2015. This is the parties' second request for an extension and is not intended to cause delay or prejudice to any party.

DATED this 16th day of September, 2015.   DATED this 16th day of September, 2015.

**MAIER GUTIERREZ AYON**   **AKERMAN LLP**

  /s/ Margaret E. Schmidt                          /s/ Christine M. Parvan               
LUIS AYON, ESQ.   ARIEL E. STERN, ESQ.
Nevada Bar No. 9752   Nevada Bar No. 8276
MARGARET E. SCHMIDT, ESQ.   CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 12489   Nevada Bar No. 10711
400 South Seventh Street, Suite 400   1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89101   Las Vegas, Nevada 89144
*Attorneys for Defendant Jerry Gutzmer*   *Attorneys for Plaintiff The Bank of New York Mellon, f/k/a Bank of New York Trust Company, National Association, as Successor in Interest to JPMorgan Chase Bank, National Association, as Trustee for the MLMI Surf Trust Series 2005-BC4*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

DATED this 20th day of September, 2015.