MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff the Bank of New York Mellon fka Bank of New York Bank of New York Trust Company, National Association, as successor in interest to JPMorgan Chase Bank National Association as Trustee for the MLMI Surf Trust Series 2005-BC4*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE MLMI SURF TRUST SERIES 2005-BC4,<br><br>                    Plaintiff,<br><br>vs.<br><br>RIVERWALK HOMEOWNERS ASSOCIATION; JERRY GUTZMER; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.: 2:15-cv-01178-RFB-NJK<br><br>**NOTICE OF DISASSOCIATION** |

42392394;1

PLEASE TAKE NOTICE that The Bank of New York Mellon f/k/a Bank Of New York Trust Company, National Association, as Successor in Interest to JPMorgan Chase Bank, National Association, as Trustee for The MLMI Surf Trust Series 2005-BC4, hereby provides notice that Christine M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP

Akerman LLP continues to serve as counsel for The Bank Of New York Mellon in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. receive all future notices.

Respectfully submitted, this 24th day of July, 2017.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff the Bank of New York Mellon fka Bank of New York Bank of New York Trust Company, National Association, as successor in interest to JPMorgan Chase Bank National Association as Trustee for the MLMI Surf Trust Series 2005-BC4*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 26, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

42392394;1